UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRYAN WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 06-4440 |
| TIM WILKINSON, ET AL | SECTION: "B" |

## ORDER AND REASONS

Considering the Magistrate Judge's Report and Recommendation, Record Document No. 16, objections to same, Record Document No. 20, and applicable law, **IT IS ORDERED** that:

(1) The Magistrate Judge's Report and Recommendation are supported by the factual record and applicable law;

(2) The objections are **OVERRULED**; and

(3) The Magistrate Judge's Report and Recommendation are **ADOPTED** as the opinion of the Court, **DISMISSING** this case as untimely filed. *Butler v. Cain*, 533 F. 3d 314 (5th Cir. 2008).

New Orleans, Louisiana, this 6th day of January, 2010.

UNITED STATES DISTRICT JUDGE